IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA BAILEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-11-264-JHP |
| | ) |
| JOEL KERNS, Sheriff of Pittsburg County, | ) |
| Oklahoma, in his official capacity, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## JUDGMENT

This matter has come before the Court for consideration of Defendant Joel Kerns' Motion for Summary Judgment (Docket No. 56). An Opinion & Order granting the Motion for Summary Judgment is entered simultaneously herewith. This Court hereby enters Judgment for Defendant Joel Kerns and against Plaintiff Amanda Bailey in this matter.

**IT IS SO ORDERED** this 28th day of September, 2012.

James H. Payne
United States District Judge
Eastern District of Oklahoma