THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AMANDA BAILEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIV 11-264-JHP |
| ) | |
| JOEL KERNS, SHERIFF OF ) | |
| PITTSBURG COUNTY, ) | |
| ) | |
| Defendants. ) | |

ORDER TAXING COSTS

The defendant filed a Bill of Costs on October 5, 2012 in the above referenced case. The Court entered judgment for the defendant and against the plaintiff on September 28, 2012. The Court taxes costs in favor of the defendant and against the plaintiff as follows:

| | |
|---|---:|
| Fees of the court reporter for necessary transcripts: | $ 2,315.56 |
| Fees for exemplifications and copies of necessary papers: | 30.48 |
| Docket fees: | 5.00 |
| TOTAL | $ 2,351.04 |

ACCORDINGLY, the Court taxes costs in favor of the defendant in the total sum of $2,351.04 and to be included in the judgment.

Dated this 24th day of October, 2012.

_____
James H. Payne
United States District Judge
Eastern District of Oklahoma